# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0793
_____

CHARLES HORNE,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Gulf County.
Devin D. Collier, Judge.


June 12, 2024

PER CURIAM.

The Court dismissed this appeal as moot. *See Brown v. Crews*, 134 So. 3d 561 (Fla. 1st DCA 2014).

LEWIS, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Charles Horne, pro se, Appellant.

Ashley Moody, Attorney General, and Sheron Wells, Assistant
Attorney General, Tallahassee, for Appellee.